[No. 11683.    Department One. — June 4, 1887.]

## LEGARE ALLEN, RESPONDENT, v. COUNTY OF SAN BERNARDINO, APPELLANT.

APPEAL BY COUNTY — DISMISSAL — MOTION BY DISTRICT ATTORNEY — OB-
JECTION OF SPECIAL COUNSEL. — In the absence of any objection by
the attorney-general, an appeal by a county from a judgment rendered
against it will be dismissed on a motion made by the district attorney of
the county, in pursuance of a resolution of its board of supervisors, al-
though an attorney claiming to act as special counsel for the appellant
opposes the motion.

APPEAL from a judgment of the Superior Court of San Bernardino County, and from an order refusing a new trial.

The action was brought to recover a sum of money received by the plaintiff as county recorder of the county of San Bernardino, by way of fees for recording notices of locations of mining claims, and by him paid into the county treasury. Judgment was rendered in favor of the plaintiff. The defendant, having appealed therefrom, subsequently moved to dismiss the appeal. The further facts are stated in the opinion of the court.

J. L. Campbell, and C. R. Gray, for Appellant.

Harris & Allen, for Respondent.

The COURT. — The board of supervisors by resolution directed the district attorney to ask this court to dismiss the appeal herein. The motion was made accordingly, counsel who had appeared specially in the court below for defendant objecting to the granting of the motion.

As between the board of supervisors and district attorney on the one hand, and an attorney claiming to be special counsel for the defendant on the other, the former are superior in authority, and have a right to control all proceedings in a case to which the county is a party, at

least in the absence of an objection by the attorney-general.

It is therefore ordered that the appeal herein be and the same is hereby dismissed.